IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:18-cv-320
MDL No. 2570

This Document Relates to Plaintiff(s)
PHYLLIS KEY

Civil Case # 1:18-cv-320

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Phyllis Key

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant: Kentucky

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Kentucky

6. Plaintiff's/Deceased Party's current state of residence:

   **Kentucky ;** PO Box 304, Livemore, Kentucky 43252

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court of the Western District of Kentucky**

8. Defendants (Check Defendants against whom Complaint is made):

   - [X] Cook Incorporated
   - [X] Cook Medical LLC
   - [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [X] Diversity of Citizenship
   - [ ] Other: **Multidistrict Litigation**

10. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Venue: Paragraphs; 27, 28

    Jurisdiction: Paragraphs 9 -26

    b. Other allegations of jurisdiction and venue:

    Not Applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    October 14, 2009 LOT#:E2377545

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The Medical Center - Bowling Green (Bowling Green, KY )

13. Implanting Physician(s):

    Unknown

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

- [X] Count V:     Breach of Express Warranty

- [X] Count VI:    Breach of Implied Warranty

- [X] Count VII:   Violations of Applicable Kentucky Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [ ] Count VIII:  Loss of Consortium

- [ ] Count IX:    Wrongful Death

- [ ] Count X:     Survival

- [X] Count XI:    Punitive Damages

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   **Debra J. Humphrey**

16. Address and bar information for Attorney for Plaintiff(s):

4

Marc J. Bern & Partners LLP,

60 East 42nd St., Suite 950, New York, NY 10165

(NY Bar# 5050448)

Respectfully submitted,

**MARC J. BERN & PARTNERS, LLP**

*/s/ Debra J. Humphrey*

Debra J. Humphrey, NY Atty. No. 5050448
**MARC J. BERN & PARTNERS LLP** 60 East 42nd St., Suite 950
New York, NY 10165
Telephone: (212) 702-5000
Facsimile: (212) 818-0164
Dhumphrey@bernllp.com
*Attorney(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.